IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| KATINA LINCOLN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO.: 1:17-cv-03960-MHC |
| | ) |
| INTELLECTUAL CONCEPTS, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Parties' Settlement Agreement and Full and Final Release of All FLSA Claims ("Agreement") filed on December 7, 2017 (the "Joint Motion"). Upon review of the proposed Agreement, the Court finds that the settlement is a fair and reasonable resolution of the disputes. Therefore, it is **ORDERED, HELD, and ADJUDGED** that:

1. The Parties' Joint Motion is **GRANTED**.

2. The Parties' Agreement is **APPROVED**.

3. The instant case is **DISMISSED WITH PREJUDICE**.

4. This Court retains jurisdiction to enforce the terms of the Agreement upon motion of either party.

IT IS SO ORDERED, this 7th day of December, 2017.

_____
Honorable Mark H. Cohen
United States District Judge